# CRIMINAL CASE COVER SHEET    U.S. ATTORNEY'S OFFICE

**Place of Offense (City & County):** Knoxville & Knox

**Defendant Information:**

**Juvenile** ___ Yes _X_ No     **Matter to be Sealed:** ___ Yes _X_ No

**Defendant Name:** CHRISTOPHER WINTON

**Total # of Counts:** ___ Petty ___ Misdemeanor (Class ___) _6_ Felony

| | **ORIGINAL INDICTMENT**<br>**U.S.C. Citation(s) and Description of Offense Charged** | Count(s) |
|---|---|---|
| Set 1 | **21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(B)** - did combine, conspire, confederate, and agree with one another and others to knowingly, intentionally, and without authority distribute, and possess with intent to distribute, five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance | 1 |
| Set 2 | **21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)** - did knowingly, intentionally and without authority distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance | 2 |
| Set 3 | **21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) and 18 U.S.C. § 2** - aided and abetted by one another, did knowingly, intentionally and without authority distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance | 3, 4 |
| Set 4 | **21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)** - did knowingly, intentionally and without authority distribute five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance | 5 |
| Set 5 | **21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) and 18 U.S.C. § 2** - aided and abetted by one another, did knowingly, intentionally and without authority distribute five (5) grams or more of a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance | 6 |

(Use tab key after entering counts to create additional rows)

| | **SUPERSEDING INDICTMENT**<br>**U.S.C. Citation(s) and Description of Offense Charged** | **New count?**<br>**Y or N** | **New Count #** | **Old Count #**<br>*( if applicable)* |
|---|---|---|---|---|
| Set 1 | | | | |

(Use tab key after entering counts to create additional rows)

Current Trial Date (if set): _____ before Judge _____

Criminal Complaint Filed:  Yes _____  Case No. _____  No __X__

For Informations, name of defendant's attorney: _____

Retained: _____    Appointed: _____

Interpreter:  Yes _____  Language _____  No __X__

Related Case(s)–Include case number(s) and how related:

This case and case number 3:10-cr-25 have suppliers and customers in common.

Date: April 19, 2011           Signature of AUSA: *s/ Tracy L. Stone*